# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

TOMMY SPAN,

    Plaintiff,

v.                                                   CASE NO.  4:05cv63-RH/WCS

CHARLISA WEST, et al.,

    Defendants.

_____/

## ORDER OF DISMISSAL

This matter is before the court on the Magistrate Judge's Report and Recommendation (document 8), and the objections thereto (document 9).  I have reviewed de novo the issues raised by the objections.  Upon consideration,

    IT IS ORDERED:

The Report and Recommendation is ACCEPTED and adopted as the opinion of the court.  The complaint is dismissed pursuant to 28 U.S.C. §1915(e)(2)(B).  The clerk shall enter judgment accordingly, shall enter on the

docket that the case was dismissed pursuant to 28 U.S.C. §1915(e)(2)(B), and shall close the file.

    SO ORDERED this 9th day of May, 2005.

                                          s/Robert L. Hinkle
                                          Chief United States District Judge